UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY B. THOMPSON,<br><br>            Plaintiff,<br>   v.<br><br>BARBARA MINER, Office of King County Superior Court Clerk; and KING COUNTY REGIONAL JUSTICE CENTER,<br><br>            Defendants. | CASE NO. 2:22-cv-00167-TL<br><br>ORDER |

This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:22-cv-00167-TL-BAT. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the Court hereby refers to Magistrate Judge Brian A. Tsuchida all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). Federal Rule of Civil Procedure

ORDER - 1

72(a) governs any objections to Magistrate Judge Tsuchida's rulings concerning any non-dispositive motions. *See also* MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Magistrate Judge Rule 4, the Court also hereby refers to Magistrate Judge Tsuchida for preparation of a report and recommendation all motions for (1) injunctive relief, (2) judgment on the pleadings, (3) summary judgment, (4) dismissal or to permit maintenance of a class action, (5) dismissal for failure to state a claim upon which relief can be granted, and (6) involuntarily dismissal of an action. Federal Rule of Civil Procedure 72(b) governs any further proceedings in this Court after Magistrate Judge Tsuchida files a report and recommendation. *See also* MJR 4(c).

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Tsuchida for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Tsuchida to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 2nd day of March 2022.

Tana Lin
United States District Judge

ORDER - 2