UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY B. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BARBARA MINER; and KING COUNTY REGIONAL JUSTICE CENTER,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00167-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 14, 2022, the Court adopted the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, recommending the dismissal of this action. Dkt. Nos. 5, 10. The April 14 order and judgment were mailed to Plaintiff Mr. Anthony Blane Thompson.

(2) On April 18, 2022, the Court received via mail a Request for Appearance Bond from Mr. Thompson. Dkt. No. 12. The Request for Appearance Bond is dated April 12, 2022. *Id.* at 1, 5.

(3) As the case is now closed, the Request for Appearance Bond (Dkt. No. 12) is hereby STRICKEN as moot.

Dated this 22nd day of April 2022.

                                                Ravi Subramanian
                                                Clerk of the Court

                                                s/ Kadya Peter
                                                Deputy Clerk